THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANTZY J. RODNEY, Appellant.

Submitted June 25, 2012; decided August 28, 2012

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REECE RUDOLPH, Appellant.

Submitted July 23, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Jack H. Weiner, Esq., 1488 State Route 203, Chatham, New York 12037 assigned as counsel to the appellant on the appeal herein.